UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

Wisconsin Built, Inc.,

    Plaintiff,

v.

                                      Case No. 10-CV-603

TJCA Dallas, Inc. and
Tim McCallum,

    Defendants.

## ORDER FOR JUDGMENT AND JUDGMENT

Based on Wisconsin Built, Inc.'s Motion to Enforce Settlement Agreement and for Entry of Judgment, the Affidavit of Dan Petersen, and the Settlement Agreement and Release (Dkt. #10-1), dated October 3, 2011, among Wisconsin Built, Inc., TJCA Dallas, Inc., and Tim McCallum, judgment is granted and shall be entered in favor of Wisconsin Built against TJCA Dallas and Tim McCallum jointly and severally in the amount of $234,170.36.

SO ORDERED this 11th day of June, 2012.

BY THE COURT:

_Barbara B. Crabb_
United States District Court Judge

Judgment entered on this 13th day of June, 2012.

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court